```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DARVIN MARTE,

               Plaintiff,         25-cv-721 (JGK)

    - against -               <u>ORDER</u>

SUCCESS ACADEMY CHARTER SCHOOLS, INC.,

               Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 15, 2025.

SO ORDERED.

Dated:    New York, New York
           April 1, 2025

                                       /s/ John G. Koeltl
                                       John G. Koeltl
                                 United States District Judge